AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | |
| **Carlos Villegas-Ramirez,** | ) | Case No. 5:26-mj-00197(CBF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 31, 2026, in the county of Onondaga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C.§ 1326(a) | Re-entry of previously deported or removed alien without authorization |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

[signature]
*Complainant's signature*

Matthew Bouchard, U.S. Border Patrol Agent
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 2, 2026

[signature: Carla B. Freedman]
*Judge's signature*

City and State: Syracuse, New York

Hon. Carla B. Freedman, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Matthew Bouchard being duly sworn, depose and state the following:

1. I am a U.S. Border Patrol Agent assigned to the United States Border Patrol, which is part of U.S. Customs and Border Protection (CBP). I have been a U.S. Border Patrol Agent for over twenty years. One of the U.S Border Patrol's primary missions is to apprehend undocumented foreign nationals. My authority to perform this mission is articulated in sections 287 and 235 of the Immigration and Nationality Act. This body of law relates to, among other things, the arresting of previously deported aliens who subsequently reenter the United States.

2. I make this affidavit in support of a criminal complaint charging CARLOS VILLEGAS-RAMIREZ with a violation of Title 8, United States Code, Section 1326(a) (illegal re-entry of a previously deported alien).

3. This affidavit is based upon my review of information prepared and provided by law enforcement personnel involved in the investigation, along with database checks. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, it does not set forth all information known to me or to other law enforcement officers.

4. On or about August 31, 2026, Border Patrol Agents (BPAs) observed a black Ford pickup truck with a Florida license plate parked at a hotel in Syracuse. A database check of the license plate number showed that the registered owner of the vehicle was CARLOS VILLEGAS-RAMIREZ. Further database checks showed that VILLEGAS-RAMIREZ was removed from the United States in 2016. Approximately one hour after first observing the truck, agents surveilled saw multiple individuals enter it. Agents followed the truck as it drove to and parked at a gas station in Syracuse, New York.

5. A Border Patrol Agent approached the driver of the truck. The driver acknowledged that the truck belonged to him and that he was a citizen of Mexico. He presented a Mexican

passport verifying his identity as VILLEGAS-RAMIREZ. VILLEGAS-RAMIREZ was transported to the Oswego Border Patrol Station for immigration processing and records checks.

6. Court records show that on March 24, 2016, VILLEGAS-RAMIREZ pleaded guilty in U.S. District Court for the Western District of Texas to violating 8 U.S.C. § 1325 (illegal entry).

7. An immigration records check showed that VILLEGAS-RAMIREZ is a citizen of Mexico who had previously been removed from the United States. More specifically, on or about March 30, 2016, VILLEGAS-RAMIREZ was removed from the United States by foot through the Del Rio Port of Entry in Del Rio, Texas.

8. Agents searched for any records showing that VILLEGAS-RAMIREZ had applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to reapply for admission to the United States after. The search showed that no such records existed.

9. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about August 31, 2026, in Onondaga County, in the Northern District of New York, Carlos VILLEGAS-RAMIREZ, violated Title 8, United States Code, Section 1326(a).

ATTESTED TO BY THE APPLICANT BY VIDEOCONFERENCE IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

[signature]

Matthew Bouchard
U.S. Border Patrol Agent

I, the Honorable Carla B. Freedman, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by videoconference on September 2, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Carla B. Freedman

Hon. Carla B. Freedman
U.S. Magistrate Judge